Petrucelli, O'Brien, Simon & Mullen, for appellant; A. J. Petrucelli, of counsel; Rosenblum & Lipnick, for appellee; Aloysius A. Mazewski, and Norman Esserman, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## Joseph Bryant, by Rosine Bryant, his Mother and Next Friend, Appellee, v. James E. Cairns, Appellant.

### Gen. No. 46,068.   (Abstract of Decision.)

Meyers & Matthias, for appellant; Donald L. Thompson, and Philip G. Meyers, of counsel; Loeff & Panter, for appellee; Irwin Panter, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.